# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| VALERIE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-04525 |
| | ) | |
| GC SERVICES LIMITED PARTNERSHIP, | ) ) | Hon. Sara L. Ellis |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, that the above referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal with Prejudice herein.

Dated: August 19, 2016

Respectfully submitted,

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on August 19, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: August 19, 2016**                                                                                          Respectfully submitted,

                                                     By:      /s/ *Celetha Chatman*